**Charles LENTON, Jr., Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–3992.**

District Court of Appeal of Florida, First District.

Sept. 30, 2016.

Rehearing Denied Dec. 9, 2016.

Charles Lenton, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROBERTS, C.J., MAKAR and BILBREY, JJ., concur.

**Al Daniel PRINCE, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–4191.**

District Court of Appeal of Florida, First District.

Sept. 30, 2016.

Rehearing Denied Dec. 9, 2016.

Al Daniel Prince, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. *See* Fla. R. App. P. 9.141(d)(5).

ROBERTS, C.J., MAKAR and BILBREY, JJ., concur.